Carolyn D. Phillips    #103045
Attorney at Law
P. O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for defendant Savann Mey

# IN THE UNITED STATES DISTRICT COURT IN AND FOR

# THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:09-cr-37 LJO |
| | ) | |
| | ) | STIPULATION TO CONTINUE |
| Plaintiff, | ) | DISPOSITIONAL HEARING, AND |
| v. | ) | ORDER |
| | ) | |
| | ) | Date:  April 10, 2009 |
| SAVANN MEY, | ) | Time:  9 a.m. |
| | ) | Judge Lawrence J. O'Neill |
| Defendant. | ) | |
| ─────────────────────── | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Dispositional Hearing, in the above captioned matter, scheduled for April 10, 2009, may be continued to **April 24, 2009 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice,

*Stipulation to Continue Status Conference Hearing, and Order Thereon;*
 U. S. v. Savann Mey, *Case No.1:09-cr-37 LJO*                                                                1

```
including but not limited to, the need for the period of time
set forth herein for further defense preparation pursuant to 18
U.S.C. §3161(h)(8)(A).  Further, defendant will file his
response to the probationer's officer dispositional memorandum
five days before the scheduled hearing.
```

Dated: April 8, 2009                    Respectfully submitted,

                                                  /s/ Carolyn D. Phillips
                                                CAROLYN D. PHILLIPS
                                                Attorney for Savann Mey

Dated: April 8, 2009                    LAWRENCE G. BROWN
                                                Acting United States Attorney

                                                /s/Kirk E. Sherriff
                                                By: Kirk E. Sherriff
                                                Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

The Court has received the reason for the continuance in a subsequent email,  For future purposes, the reason that establishes good cause for the continuance needs to be included within the stipulation.

Dated: April 9, 2009                    /s/ Lawrence J. O'Neill
                                                HON. LAWRENCE J. O'NEILL
                                                UNITED STATES JUDGE

*Stipulation to Continue Status Conference Hearing, and Order Thereon;*
 U. S. v. Savann Mey, *Case No.1:09-cr-37 LJO*