# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**SAVANN THOM MEY**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **1:09-CR-00037-001**

Carolyn Phillips
Defendant's Attorney

**THE DEFENDANT:**

[✔] admitted guilt to violation of charges 1 - 3 as alleged in the violation petition filed on 3/6/2009 .
[ ] was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __ .

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|

See next page.

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on 8/4/2003 .

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] Charge(s) __ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

5/29/2009
Date of Imposition of Sentence

/s/ LAWRENCE J O'NEILL
Signature of Judicial Officer

**LAWRENCE J. O'NEILL**, United States District Judge
Name & Title of Judicial Officer

6/3/2009
Date

CASE NUMBER:      1:09-CR-00037-001                                              Judgment - Page 2 of 3
DEFENDANT:        SAVANN THOM MEY

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Charge 1 | UNLAWFUL USE OF A CONTROLLED SUBSTANCE | 10/8,2 8/2008; 11/4,6/2008; and 12/15/2008 |
| Charge 2 | FAILURE TO PARTICIPATE IN COUNSELING | 12/4,12/2008; and 2/5,12/2009 |
| Charge 3 | FAILURE TO REPORT FOR URINE TESTING | 11/19 & 24/2008; 12/6,11,22/2008; 1/8,16,24,27/2009; and 2/6,9,20,28/2009 |

# IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  5 months .

[ ]    The court makes the following recommendations to the Bureau of Prisons:

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _ on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.
    If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

    Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

                                                       UNITED STATES MARSHAL

                                                       By _____
                                                                Deputy U.S. Marshal